On motion to dismiss appeal and affirm judgment. Appeal dismissed and judgment affirmed December 27, 1923.

MORRIS MUSCATEL v. A. WOLFMAN, A. WEINSTEIN, M. GOLDBERG AND SAM A. MESHER.

(221 Pac. 167.)

Appeal and Error—Additional Time for Filing Transcript cannot be Allowed.

The court is without jurisdiction to grant additional time for filing a transcript after expiration of time previously allowed, though additional time for filing bills of exceptions has not yet expired.

From Multnomah: GEORGE ROSSMAN, Judge.

In Banc.

Judgment in this case was rendered on March 10, 1923. Notice of appeal by Wolfman and Weinstein, defendants, was filed on April 5, 1923. Notice of appeal by Goldberg and Mesher, sureties on defendants' bond, was filed on May 8, 1923. Undertaking on appeal on behalf of Wolfman and Weinstein was filed on April 5, 1923. Undertaking on appeal on behalf of all the defendants, and to stay proceedings, was filed May 14, 1923.

On May 8th an order was made, allowing all of the defendants and sureties until and including July 10, 1923, in which to file transcript on appeal and to have served and filed a bill of exceptions. On July 10th an order was made, allowing defendants and sureties until and including July 17, 1923, in which to file a transcript on appeal and to serve and file a bill of exceptions. On July 17th an order was made, allowing defendants and sureties until August 17, 1923, in which to settle and file their bill of exceptions. No order was made extending the time in which to file the transcript. On August 16, 1923, the court made the following order:

"It is hereby ordered that the said defendants and each of them have until and including the —— day of September, 1923, in which to file transcript on appeal in the Supreme Court of the State of Oregon, and that they also have until the 10th day of September, 1923, in which to have settled, allowed and filed a bill of exceptions, without prejudice to any rights of plaintiff which may heretofore have accrued."

APPEAL DISMISSED AND JUDGMENT AFFIRMED.

For the motion, *Messrs. Hendrickson & Scudder.*

486 Or.486     Harney Valley Irr. Dist. v. Bolton.    [109 Or.

McBRIDE, C. J.—Permission to file a bill of exceptions and a transcript are entirely separate matters. The transcript may be filed without a bill of exceptions, and, no transcript having been filed on July 17, 1923, the appellants lost their right to file a transcript, and the court was without jurisdiction thereafter to extend the time for such filing.

The transcript was actually filed here on September 10, 1923, clearly outside of the time allowed, and the appeal will be dismissed and judgment affirmed.

APPEAL DISMISSED AND JUDGMENT AFFIRMED.